FILED

11/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0207

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0207

DAVID McCAULEY, an individual,
LEADERS WITHOUT LIMITS, INC., a
Wyoming Corporation, and PERKINS
FAMILY HOLDINGS, LLC, a Montana
Limited Liability Company,

          Plaintiffs/Appellants,

CROWLEY FLECK, PLLP, a Montana
Professional Limited Liability Partnership,
GRANT S. SNELL, an individual, SCOTT D.
HAGEL, an individual, CHASE D. GIACOMO,
an individual, and DOES 1-10,

          Defendants/Appellees.

---

### ORDER GRANTING APPELLANTS' UNOPPOSED FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

---

On Appeal from the Montana Eleventh Judicial District Court
Flathead County, Cause No. DV-2019-918
Before Hon. Dan Wilson

| | |
|---|---|
| Quentin M. Rhoades | Mikel L. Moore |
| RHOADES SIEFERT & | Eric Brooks |
| ERICKSON PLLC | MOORE, COCKRELL, |
| 430 Ryman Street | GOICOECHEA & JOHNSON, P.C |
| Missoula, Montana 59802 | PO Box 7370 |
| Telephone: 406-721-9700 | Kalispell, MT 59904-0370 |
| qmr@montanalawyer.com | Telephone: 406-751-6000 |
| *For Appellants* | *For Appellees* |

Upon motion of Appellants David McCauley, an individual, Leaders Without Limits, Inc., a Wyoming Corporation, and Perkins Family Holdings, LLC, a Montana Limited Liability Company, and for good cause shown,

IT IS HEREBY ORDERED that Appellants' motion is GRANTED. Appellants shall have up to December 29, 2021, in which to file their Reply Brief.

No further extensions will be granted.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 19 2021